IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZEPHYR FLUID SOLUTIONS, LLC | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No. 3:11-cv-00052-SRU ) |
| PRIMO WATER CORPORATION | ) ) |
|     Defendant. | ) ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND**
**OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN THE LITIGATION**

Defendant Primo Water Corporation ("Primo Water") hereby makes the following corporate disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Is the party a publicly held corporation or other publicly held entity?

    Yes  X       No  __

2. Does the party have any parent corporations?

    Yes __       No  X

3. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

    Yes __       No  X

4. Is there a publicly held corporation or other publicly held entity other than the party that has a direct financial interest in the outcome of the litigation?

    Yes __       No  X

- 2 -

Respectfully submitted,         **DEFENDANT**
                                **PRIMO WATER CORPORATION**

                              By:   /s/ Joseph C. Merschman
                                    Erika L. Amarante (ct22393)
                                    Joseph C. Merschman (ct27896)
                                    Wiggin and Dana LLP
                                    One Century Tower
                                    265 Church Street
                                    P.O. Box 1832
                                    New Haven, CT 06508-1832
                                    (203) 498-4400
                                    (203) 782-2889 fax
                                    eamarante@wiggin.com
                                    jmerschman@wiggin.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via ECF to the Plaintiff listed above this 2nd day of February, 2011.

                                                  /s/ Joseph C. Merschman
                                                 Joseph C. Merschman

88888888\2761\2509501.1